**Internal Revenue Service**
P.O. Box 2508
Cincinnati, OH 45201

**Department of the Treasury**

Date: January 27, 2012

Norcal Tea Party Patriots
28555 Rollins Lake Rd.
Colfax, CA 95713

**Employer Identification Number:**
27-1940800
**Person to Contact – Group #:**
Carly Young - 7828
ID# 0203423
**Contact Telephone Numbers:**
513-263-5529 Phone
513-263-4540 Fax
**Response Due Date:**
February 17, 2012

Dear Sir or Madam:

We need more information before we can complete our consideration of your application for exemption. Please provide the information requested on the enclosed Information Request by the response due date shown above. Your response must be signed by an authorized person or an officer whose name is listed on your application. Also, the information you submit should be accompanied by the following declaration:

> *Under penalties of perjury, I declare that I have examined this information, including accompanying documents, and, to the best of my knowledge and belief, the information contains all the relevant facts relating to the request for the information, and such facts are true, correct, and complete.*

If we approve your application for exemption, we will be required by law to make the application and the information that you submit in response to this letter available for public inspection. Please ensure that your response doesn't include unnecessary personal identifying information, such as bank account numbers or Social Security numbers, that could result in identity theft or other adverse consequences if publicly disclosed. If you have any questions about the public inspection of your application or other documents, please call the person whose name and telephone number are shown above.

To facilitate processing of your application, please attach a copy of this letter to your response and all correspondence related to your application. This will enable us to quickly and accurately associate the additional documents with your case file.

If we don't hear from you by the response due date shown above, we will assume you no longer want us to consider your application for exemption and will close your case. As a result, the Internal Revenue Service will treat you as a taxable entity. If we receive the information after the response due date, we may ask you to send us a new application.



EXHIBIT A

Norcal Tea Party Patriots
27-1940800

If you have any questions, please contact the person whose name and telephone number are shown in the heading of this letter.

Sincerely yours,

*Carly Young*

Carly Young
Exempt Organizations Specialist



Norcal Tea Party Patriots
27-1940800

Additional Information Requested:

1) Please provide an updated list of events or activities you have conducted since July 2010, including answers to the following:

   ✓ a) The time, location, and content schedule of each event *included in packet*
   ✓ b) Brief description of each event. *included in packet*
   ✓ c) Identify handouts you provided to the audience *included in packet*
   ✓ d) The names and credentials of any instructors *NA*
   ✓ e) If speeches or forums will be conducted in the event, provide detailed contents of the speeches or forums, names of the speakers or panels, and their credentials. If any speakers or panel members will be paid, provide the amount will be paid for each person. If not, please indicate they volunteered to conduct the event. *Non were paid All volunteers*
   ✓ f) The names of persons from your organization and the amount of time they will spend on the event. Indicate the name and amount of time they will spend on the event. Indicate the name and amount of compensation that will be paid to each person. If no one will be paid, indicate this event will be conducted by volunteers to each person.

   Indicate the percentage of time and resources you will spend on these activities in relation to 100% of all your activities. *Varies 5% - 20%*

2) Provide the following information for your web and internet related activities:

   a) Copies of your current web and internet pages. If you are a membership organization, please include all the pages that are accessible only to your members. *NA*
   b) Indicate the percentage of time and resources you spend on these activities in relation to 100% of all your activities. *0 - 5%*
   c) Expense amounts incurred for these activities for 2010 and 2011. *included in packet*
   d) Expense amounts to be incurred for these activities for 2012 and 2013. *$100 year*

3) Provide copies of any newsletters or emails distributed to members or the public.

4) Please provide copies of any new publications and/or advertising materials that have not already been provided in the application or response submitted in July 2010. *NA*

5) Have you conducted or will you conduct rallies or exhibitions for or against any public policies, legislations, public officers, political candidates, or like kinds? If so, please provide the following for all the events you have conducted and will conduct for 2012 and 2013:

   ✓ c) The time, location, and content schedule of each rally or exhibition *Packets enclosed*
   ✓ d) Provide copies of handouts you provided or will provide to the public.
   ✓ c) The names of persons from your organization and the amount of time they have spent or will spend on the event. Indicate the name and amount of time they spent on the event. Indicate the name and amount of compensation paid or will be paid to each person. If you did not pay or will not pay anyone, then, indicated the event was or will be conducted by volunteers.
   ✓ d) Indicate the percentage of time and resources you have spent or will spend conducting these activities in relation to 100% of all your activities. *Varies 5% - 20%*
   ✓ e) Expense amounts incurred for these activities for 2010 and 2011
   ✓ f) Expense amounts to be incurred for these activities for 2012 and 2013

Norcal Tea Party Patriots
27-1940800

6) Have you conducted or will you conduct candidate forums or other events at which candidates running for public offices are invited to speak? If so, provide the following details and nature of the forum including:

   a) The names of candidates invited to participate
   b) the names of the candidates who did participate
   c) The issues that were discussed
   d) The time and location of the event
   e) Number of participants at the event
   f) Copies of all handouts provided and distributed at the forum, including any internet or advertising material discussed or used at the forum.
   g) Indicate the percentage of time and resources you have spent or will spend conducting these activities in relation to 100% of all your activities.

   *NA*

   If not, please confirm by answering "No" to this question.

7) Have any candidates running for public office spoken or will they speak at a function of your organization?

   a) If so, provide the names of the candidates, the functions at which they spoke, any materials distributed or published with regard to their appearance and the event, any video or audio recordings of the event, and a transcript of any speeches given by the candidate(s).
   b) Please indicate the percentage of time and resources you have spent or will spend conducting these activities in relation to 100% of all your activities.  *0 – 10%*

   If not, please confirm by answering "No" to this question. *Names in e-mails*

8) Have you distributed or will you distribute materials or conduct other communications that are prepared by another organization or person? If so, provide the following:

   a) Copies of materials and contents of communications
   b) When and where the distributions have been conducted or will be conducted?
   c) Who has distributed or will distribute the materials?
   d) Please indicate the percentage of time and resources you have spent or will spend conducting these activities in relation to 100% of all your activities. *0%*

   If not, please confirm by answering "No" to this question.  *NA*

9) Will you, or have you ever, conducted voter education activities, including voter registration drives, voting drives, or publishing or distributing voter guides? If so, provide the following:

   a) What is the location, date and time of the events?  *– Future – plan enclosed*
   b) Who on the organization's behalf have conducted or will conduct the voter registration or get out to vote drives?
   c) Provide copies of all materials published or distributed regarding the activities, including copies of any voter guides.
   d) Please indicate the percentage of time and resources you have spent or will spend conducting these activities in relation to 100% of all your activities.  *0 – 10%*

   If not, please confirm by answering "No" to this question.

Norcal Tea Party Patriots
27-1940800

10) Have you engaged or will you engage in business dealings with any candidate(s) for public office or an organization associated with the candidate, such as renting office space or providing access to a membership list?

If so, describe the relationship in detail and copies of any contracts or other agreements documenting the business relationship.

If not, please confirm by answering "No" to this question.    NO

11) Have you attempted or will you attempt to influence the outcome of specific legislation? If so, provide the following:

a) Provide copies of all communications, pamphlets, advertisements, and other materials distributed by the organization regarding the legislation.
b) Provide copies of any radio, television, or internet advertisements relating to your lobbying activities  NA
c) Please indicate the percentage of time and resources you have spent or will spend conducting these activities in relation to 100% of all your activities.  — 0-5%

If not, please confirm by answering "No" to this question.

12) Do you directly or indirectly communicate with members of legislative bodies? If so, provide copies of the written communications and contents of other form of communications. Please include the percentage of time and resources you have spent or will spend conducting these activities in relation to 100% of all your activities.

If not, please confirm by answering "No" to this question.  0-5%

13) Are you associated with any other IRC 501(c)(3), 501(c)(4) or 527 organizations? If so, provide the following:

a) Provide the name, employer identification number, and address of the organizations
b) Describe in detail the nature of the relationship(s).
c) Do you work with those organization(s) regularly? Describe the nature of the contacts.
d) List shared employees, volunteers, resources, office space, etc. with the organization(s).
e) Please indicate the percentage of time and resources you have spent or will spend conducting these activities in relation to 100% of all your activities.

If not, please confirm by answering "No" to this question.    NO

14) Provide the following for your fundraising activities:

a) Copies of all solicitations the organization has made regarding fundraising, including fundraising that occurs in an election year and non-election year.
b) Copies of all documents related to the organization's fundraising events, including pamphlets, flyers, brochures, and webpage solicitations. NA
c) How much of your organization's budget is spent on fundraising? Less than 5%
d) What are the sources of the fundraising expenses? Donations
e) Please indicate the percentage of time and resources you have spent or will spend conducting these activities in relation to 100% of all your activities. 5%

6

Norcal Tea Party Patriots
27-1940800

15) If you have conducted or will conduct any activities other than the ones we have already cited, provide answers for the following questions regarding past, present and future activities. If you have not conducted and will not conduct any other activities, please confirm by answering "No" to this question.

   a) What does the activity/service entail?
   b) Who conducts the activity/service?
   c) When and where is the activity/service conducted?
   d) Please indicate the percentage of time and resources you have spent or will spend conducting these activities in relation to 100% of all your activities. –0–

   NO

If you have not conducted or will not conduct any activities other than the ones we have already cited, please confirm by answering "No" to this question.

16) Please provide the following information for your board of directors and officers:

   a) Provide all copies of your corporate minutes from August 2010 to the present.
   b) Provide the titles, duties, work hours, and compensation amounts of your current board members, officers, and employees. NA all volunteers
   c) If you have a board member or officer who has run or will run for a public office, please describe fully. If none, please confirm by answering "None" to this question. none

17) Are you a membership organization? If so, provide the following for your membership:

   a) How many members do you have currently?
   b) What does the memberships consist of? Are they mostly individuals? What is the percentage of the organizational members as they are part of the whole membership?
   c) Provide member application/registration form
   d) Provide membership agreement and rules that governs members.
   e) Provide a membership fee schedule.
   f) What are the membership requirements?
   g) What services and benefits do you provide especially for members only?
   h) What are the roles and duties of your members?
   i) Provide copies of your website that your members can only access.

   NO

18) Provide the following information for the income you received and raised for the years from inception to the present. Also, provide the same information for the income you expect to receive and raise for 2012 and 2013.

   a) Donations, contributions, and grant income for each year which includes the following information:

      - The names of the donors, contributors, and grantors. If the donor, contributor, or grantor has run or will run for a public office, identify the office. If not, please confirm by answering this question "No".
      - The amounts of each of the donations, contributions, and grants and the dates you received them.
      - How did you use these donations, contributions, and grants? Provide the details.

Norcal Tea Party Patriots
27-1940800

If you did not receive or do not expect to receive any donation, contribution, and grant income, please confirm by answering this question "None received" and/or "None expected".

b) The amounts of (membership) income received for each year. If you did not receive or do not expect to receive any membership income, please confirm by answering this question "None received" and/or "None expected". *None expected*

c) The amounts of fundraising income received for each year. If you did not receive or do not expect to receive any fundraising income, please confirm by answering this question "None received" and/or "None expected". *Same as prior years*

d) The amounts of any other incomes received for each year. If you did not receive or do not expect to receive any other incomes, please confirm by answering this question "None received" and/or "None expected". *none expected*

NOTE: Please do not attach tax returns or ledgers to respond to the above questions.

19) Provide the following information for the expenses you incurred for the years from inception to the present. Also, provide the same information for the expenses you expect to incur for 2012 and 2013.

b) Donation, contribution, and grant expenses for each year which includes the following Information:

- The names of the donees, recipients, and grantees. If the donee, recipient, or grantee has run or will run for a public office, identify the office. If not, please confirm by answering this question "No". *No*
- The amounts of each of the donations, contributions, and grants and the dates you donated, contributed, or granted them. *None*
- The amounts of each of the donations, contributions, and grants and the dates you expect to donate, contribute, or grant them. *Never*
- Provide the reasons for issuing the donations, contributions, and grants. *NA*

If you did not issue or do not expect to issue receive any donations, contributions, and grants, please confirm by answering this question "None to be provided". *None to be provided*

b) Compensation, salary, wage and reimbursement expenses for each year with the following information: *NA*

- The names of the payees. If the payee has run or will run for a public office, identify the office. If not, please confirm by answering this question "No". *No*
- The amounts of each payment and the dates you made or expect to make each payment. *None*
- The services the payee provided in return for the payment. *None*

c) The lists and amounts of any other expenses for each year. *See P&L in Meeting info*

NOTE: Please do not attach tax returns or ledgers to respond to the above questions.

8

Norcal Tea Party Patriots
27-1940800

Under penalties of perjury, I declare that I have examined this information, including accompanying documents, and, to the best of my knowledge and belief, the information contains all the relevant facts relating to the request for the information, and such facts are true, correct, and complete.

_[signature]_
Signature of officer, director, or trustee

COB
Title

2-10-12
Date

PLEASE DIRECT ALL CORRESPONDENCE REGARDING YOUR CASE TO:

US Mail:

Internal Revenue Service
Exempt Organizations
P. O. Box 2508
Cincinnati, OH 45201
ATT:  Carly Young
      Room 4504
      Group 7828

Street Address for Delivery Service:

Internal Revenue Service
Exempt Organizations
550 Main St, Federal Bldg.
Cincinnati, OH 45202
ATT: Carly Young
     Room 4504
     Group 7828