IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| NORCAL TEA PARTY PATRIOTS, et al., ON BEHALF OF THEMSELVES, THEIR MEMBERS, and THE CLASS THEY SEEK TO REPRESENT, <br><br> Plaintiffs, <br><br> v. <br><br> THE INTERNAL REVENUE SERVICE, et al., <br><br> Defendants. | Case No. 1:13cv00341 <br><br> Chief Judge Susan J. Dlott |

**ORDER GRANTING MOTION OF FEDERAL DEFENDANTS
TO EXCEED PAGE LIMIT**

This matter comes before the Court on the Motion of Federal Defendants to Exceed Page Limit regarding their brief in support of their motion to dismiss.  Upon consideration of the motion, and for good cause shown, it is hereby:

**ORDERED** that the Motion of Federal Defendants to Exceed Page Limit is **GRANTED**; it is further

**ORDERED** that the Internal Revenue Service, the U.S. Department of the Treasury, and all individual defendants sued in their official capacity may file their proposed motion to dismiss and brief with the Court.

**SO ORDERED.**

_____
THE HONORABLE SUSAN J. DLOTT
CHIEF UNITED STATES DISTRICT JUDGE

1