UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION-CINCINNATI

| | |
|---|---|
| NORCAL TEA PARTY PATRIOTS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE INTERNAL REVENUE SERVICE, *et al.*, <br><br> Defendants. | Case No. 1:13-cv-00341 <br><br> Chief Judge Susan J. Dlott <br><br> <u>CIVIL ACTION</u> <br><br> <u>**ORAL ARGUMENT REQUESTED**</u> |

## INDIVIDUAL MANAGEMENT DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT

Defendants Steven F. Bowling, Bonnie Esrig, Joseph Grant, Sarah Hall Ingram, Lois G. Lerner, Brenda Melahn, Steven T. Miller, Holly Paz, Douglas Shulman, Cindy Thomas and William Wilkins (collectively, "Individual Management Defendants") hereby move to dismiss the Second Amended Class Action Complaint ("Amended Complaint") pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure. Dismissal is appropriate as to Defendants Joseph Grant, Sarah Hall Ingram, Lois G. Lerner, Steven T. Miller, Holly Paz, Douglas Shulman, and William Wilkins because this Court lacks personal jurisdiction over them. In any event, this Court should dismiss Counts One, Two, and Three of the Amended Complaint as to all Individual Management Defendants because Plaintiffs fail to state a claim for which relief may be granted.

14072468.1

2

WHEREFORE, the Individual Management Defendants respectfully request that this Court dismiss Counts One, Two, and Three of the Amended Complaint with prejudice. A proposed order is attached.

Dated: February 13, 2014

Respectfully submitted,

/s/ Brigida Benitez
Brigida Benitez (admitted *pro hac vice*)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-3000
E-mail: bbenitez@steptoe.com

/s/ Mark Hayden
Mark Hayden, Trial Attorney (0066162)
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
Telephone: (513) 381-2838
E-mail: mhayden@taftlaw.com

*Counsel for Defendants Steven F. Bowling, Bonnie Esrig, Joseph Grant, Sarah Hall Ingram, Lois G. Lerner, Brenda Melahn, Steven T. Miller, Holly Paz, Douglas Shulman, Cindy Thomas and William Wilkins in their individual capacities*

14072468.1