IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

NorCal Tea Party Patriots, et al.,            :
                                              :
      Plaintiffs,                        :          Case No. 1:13-cv-341
                                              :
         v.                          :          Judge Susan J. Dlott
                                              :
Internal Revenue Service, et al.,             :          Order
                                              :
      Defendants.                        :


      This Court is issuing contemporaneously herewith a SEALED Order Granting Plaintiffs'

Motion for Class Certification.  The Court is sealing the Order Granting Plaintiffs' Motion for

Class Certification because the parties filed their briefs and exhibits under seal to protect

taxpayer privacy interests.  The Court publicly will issue the Order Granting Plaintiffs' Motion

for Class Certification, redacted if necessary, within three weeks of the date of this Order.

      IT IS SO ORDERED.


                             __s/Susan J.  Dlott____
                             Judge Susan J. Dlott
                             United States District Court