IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION

| | |
|---|---|
| NORCAL TEA PARTY PATRIOTS, et al., ON BEHALF OF THEMSELVES, THEIR MEMBERS, and THE CLASS THEY SEEK TO REPRESENT, <br><br> Plaintiffs, <br><br> v. <br><br> THE INTERNAL REVENUE SERVICE, et al., <br><br> Defendants. | Case No. 1:13-cv-00341 <br><br> Judge Susan J. Dlott |

### AGREED ORDER APPROVING
### PROPOSED CLASS NOTICE AND CLASS NOTICE PLAN

On March 10, 2016, the parties appeared before the Court for a hearing regarding Defendants' Motion for Scheduling Order and Order Establishing Class Member Notice and Opt-Out Procedure (Doc. 234) and Plaintiffs' Proposed Class Notice Plan and Response to Motion to Establish Class Member Notice and Opt-Out Procedure (Doc. 235). The parties have also submitted a Joint Request for Agreed Order Approving their Proposed Class Notice and Class Notice Plan, which includes as attachments final copies of the Proposed Class Notice and Class Notice Plan (Doc. 256). On agreement of the parties, and in accordance with the class notice requirements of Rule 23(c)(2)(B), the Proposed Class Notice and Class Notice Plan is APPROVED.

The Court hereby finds, concludes, and orders as follows:

1. The parties have submitted a class notice plan that includes three components: (1) direct mail notice; (2) detailed website notice with links to a copy of the long form notice, the Second Amended Class Action Complaint, the Government's Answer, and the briefs concerning

13695147.1

Plaintiffs' Motion for Class Certification; and (3) a national press release. The parties have modeled the proposed class notices based on samples published by the Federal Judicial Center. The notices clearly and concisely describe the topics listed in Rule 23(c)(2)(B).

2. The proposed notice plan fully satisfies the requirements of Rule 23(c)(2) that the parties disseminate "the best notice practicable under the circumstances." The circumstances of this case indicate that the IRS has records containing the mailing information for class members and that substantially all, if not all, of the class members will be sent the direct mail notice. In addition, the website notice and press release will help ensure that any remaining class members receive notice of class certification and its impact on their rights.

3. The Court hereby approves the Proposed Class Notice submitted by the parties as Exhibit B to their Joint Request for Agreed Order. The Court orders the following schedule for dissemination of class notice:

| Event | Deadline |
| --- | --- |
| Government Mails Court-approved Notice | 3 days after entry of this Order |
| Close of Opt-Out Period | 35 days after mailing of Court-approved notice |
| Government Produces Application Files of Class Members to Plaintiffs' Counsel | 21 days after close of opt-out period |

4. The Court orders that the Class Notice shall be sent to each entity's address as reflected in the IRS's records, even where the entity is represented by counsel. Where an entity is currently represented by counsel or was represented by a Power of Attorney at the time of application, Class Notice may also be sent to those individuals.

IT IS SO ORDERED.

_____
Judge Susan J. Dlott
United States District Court

Submitted by:

| | |
|---|---|
| **GRAVES GARRETT, LLC** | **U.S. DEPARTMENT OF JUSTICE, TAX DIVISION** |

*/s/ Edward D. Greim*
Edward D. Greim (*pro hac vice*)
Todd P. Graves (*pro hac vice*)
Dane C. Martin (*pro hac vice*)
1100 Main Street, Suite 2700
Kansas City, MO 64105
Telephone: (816) 256-3181
Fax: (816) 256-5958
edgreim@gravesgarrett.com
tgraves@gravesgarrett.com
dmartin@gravesgarrett.com

Christopher P. Finney (OH Bar No. 0038998)
FINNEY LAW FIRM LLC
2623 Erie Avenue
Cincinnati, OH 45208
Telephone: (513) 533-2980
Fax: (513) 533-2990
Chris@finneylawfirm.com

David R. Langon (OH Bar No. 0067046)
*Trial Attorney*
Joshua B. Bolinger (OH Bar No. 0079594)
LANGDON LAW, LLC
8913 Cincinnati-Dayton Road
West Chester, OH 45069
Telephone: (513) 577-7380
Fax: (513) 577-7383
dlangdon@langdonlaw.com
jbolinger@langdonlaw.com

Bill Randles (*pro hac vice*)
Bev Randles (*pro hac vice*)
RANDLES & SPLITTGERBER, LLP
N. Cypress Avenue
Kansas City, MO 64119
Telephone: (816) 820-1973
bill@billrandles.com
bev@billrandles.com

*Counsel for Plaintiffs*

CAROLINE D. CIRAOLO
Acting Assistant Attorney General
Tax Division

*/s/ Joseph A. Sergi*
JOSEPH A. SERGI (DC 480837)
Senior Litigation Counsel
U.S. Department of Justice, Tax Division
555 4th Street, N.W., JCB 7207
Washington, D.C. 20001
(202) 305-0868; (202) 307-2504 (FAX)
Joseph.A.Sergi@usdoj.gov

LAURA C. BECKERMAN (CA 278490)
LAURA M. CONNER (VA 40388)
Trial Attorneys
U.S. Department of Justice, Tax Division
555 4th Street, N.W.
Washington, D.C. 20001
(202) 514-2000

Of Counsel:
BENJAMIN C. GLASSMAN
Acting United States Attorney
MATTHEW J. HORWITZ (OH 0082381)
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513) 684-3711
Matthew.Horwitz@usdoj.gov

ATTORNEYS FOR THE UNITED STATES