# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| NORCAL TEA PARTY PATRIOTS, et al., ON BEHALF OF THEMSELVES, THEIR MEMBERS, and THE CLASS THEY SEEK TO REPRESENT, <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>THE INTERNAL REVENUE SERVICE, et al., <br><br>　　　　Defendants. | Case No. 1:13-cv-00341 <br><br> Judge Susan J. Dlott |

### NOTICE OF COMPLIANCE WITH COURT'S DISCOVERY ORDERS

On Friday, March 25, 2016, the United States complied with the Court's Discovery Orders dated April 1 and June 16, 2015 by serving updated responses to Plaintiffs' Requests for Admission Nos. 18-23 and updated responses and unredacted documents in regard to Plaintiffs' Requests for Production Nos. 56 and 64.

13736276.1

DATED: March 28, 2016 　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　CAROLINE D. CIRAOLO
　　　　　　　　　　　　　　　　　　Acting Assistant Attorney General
　　　　　　　　　　　　　　　　　　Tax Division

　　　　　　　　　　　　　　　　　　*/s/ Joseph A. Sergi*
　　　　　　　　　　　　　　　　　　JOSEPH A. SERGI (DC 480837)
　　　　　　　　　　　　　　　　　　Senior Litigation Counsel
　　　　　　　　　　　　　　　　　　LAURA C. BECKERMAN (CA 278490)
　　　　　　　　　　　　　　　　　　LAURA M. CONNER (VA 40388)
　　　　　　　　　　　　　　　　　　MARISSA R. MILLER (CO 47214)
　　　　　　　　　　　　　　　　　　Trial Attorneys
　　　　　　　　　　　　　　　　　　U.S. Department of Justice, Tax Division
　　　　　　　　　　　　　　　　　　555 4th Street, N.W.
　　　　　　　　　　　　　　　　　　Washington, D.C. 20001
　　　　　　　　　　　　　　　　　　(202) 514-2000
　　　　　　　　　　　　　　　　　　Joseph.A.Sergi@usdoj.gov

　　　　　　　　　　　　　　　　　　Of Counsel:

　　　　　　　　　　　　　　　　　　CARTER M. STEWART
　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　MATTHEW J. HORWITZ (OH 0082381)
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　221 East Fourth Street, Suite 400
　　　　　　　　　　　　　　　　　　Cincinnati, Ohio 45202
　　　　　　　　　　　　　　　　　　(513) 684-3711
　　　　　　　　　　　　　　　　　　Matthew.Horwitz@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 28, 2016, I caused the NOTICE OF COMPLIANCE WITH COURT'S DISCOVERY ORDERS to be served by filing the same with the United States District Court for the Southern District of Ohio via the Court's CM/ECF system.

                                      */s/ Laura C. Beckerman*
                                      LAURA C. BECKERMAN

13736276.1