# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| NORCAL TEA PARTY PATRIOTS, et al., ON BEHALF OF THEMSELVES, THEIR MEMBERS, and THE CLASS THEY SEEK TO REPRESENT,<br><br>Plaintiffs,<br><br>v.<br><br>THE INTERNAL REVENUE SERVICE, et al.,<br><br>Defendants. | Case No. 1:13-cv-00341<br><br>Judge Susan J. Dlott |

### NOTICE OF MAILING OF CLASS NOTICE

The Court-Approved Notice was sent by direct mail to all potential class members on Friday, March 25, 2016.

13736169.1

DATED: March 28, 2016                    Respectfully submitted,

CAROLINE D. CIRAOLO
Acting Assistant Attorney General
Tax Division

*/s/ Joseph A. Sergi*
JOSEPH A. SERGI (DC 480837)
Senior Litigation Counsel
LAURA C. BECKERMAN (CA 278490)
LAURA M. CONNER (VA 40388)
MARISSA R. MILLER (CO 47214)
Trial Attorneys
U.S. Department of Justice, Tax Division
555 4th Street, N.W.
Washington, D.C. 20001
(202) 514-2000
Joseph.A.Sergi@usdoj.gov

Of Counsel:

CARTER M. STEWART
United States Attorney
MATTHEW J. HORWITZ (OH 0082381)
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513) 684-3711
Matthew.Horwitz@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2016, I caused the NOTICE OF MAILING OF CLASS NOTICE to be served by filing the same with the United States District Court for the Southern District of Ohio via the Court's CM/ECF system.

    */s/ Laura C. Beckerman*
    LAURA C. BECKERMAN

13736169.1