# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

Norcal Tea Party Patriots, et al.,

      Plaintiffs,                         Case No. 1:13cv341

      -vs-                                Judge Susan J. Dlott

Internal Revenue Service, et al.,

      Defendants.

## RECUSAL ORDER

The undersigned hereby RECUSES herself from further participation in this case and directs the Clerk to re-assign the case to one of the other District Judges at Cincinnati.

May 3, 2016

                                              s/Susan J. Dlott
                                          Susan J. Dlott
                                          United States District Court