# IRS Organizational Chart

(Personnel and Time Period Relevant to *NorCal v. IRS*)

### IRS Commissioner

**Steven Miller (Acting)**
November 2012 – May 2013

**Douglas Shulman**
March 2008 – November 2012

Nikole Flax—Deputy Chief of Staff (September 2012 — November 2012)
Chief of Staff (November 2012 — June 2013)

### Deputy Commissioner for Services and Enforcement

**Steven Miller**
2009 – November 2012

Nikole Flax — Asst. Deputy Comm'r (April 2010-September 2012)

### Division Commissioner for Tax Exempt/Government Entities

**Joseph Grant**
December 2010 – June 2013

**Sarah Hall Ingram**
May 2009 – December 2010

Nancy Marks — Sr. Technical Advisor

### Director of Exempt Organizations

**Lois Lerner**
January 2006 – May 2013

Appendix A

# IRS, EO Rulings & Agreements Organizational Chart

(Personnel and Time Period Relevant to *NorCal v. IRS*)



**Director of Exempt Organizations**

**Lois Lerner**
January 2006 –May 2013

**Director of Rulings & Agreements**

**Holly Paz**
January 2011 – May 2013

**Robert Choi**
2007 – December 2010

**Manager of EO Guidance**

**Manager of EO Determinations**
Cindy Thomas
October 2004-2013

**Manager of EO Technical**
Michael Seto
January 2011 — January 2014

Holly Paz
September 2009-March 2010
September 2010-December 2010

**Manager of EO Quality Assurance**

**Area Manager**
Sharon Camarillo

**Tax Law Specialists EO Agents**

**Screening Manager**
John Shafer

**Group Managers**
Steve Bowling

**Tax Law Specialists**

**EO Determinations Screeners**

**EO Determinations Agents**

Appendix A