**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| NORCAL TEA PARTY PATRIOTS, et al., <br> ON BEHALF OF THEMSELVES, <br> THEIR MEMBERS, and THE CLASS <br> THEY SEEK TO REPRESENT, <br><br> Plaintiffs, <br><br> v. <br><br> THE INTERNAL REVENUE SERVICE, et al., <br><br> Defendants. | Case No. 1:13-cv-00341 <br><br> Judge Michael R. Barrett |

**ORDER GRANTING PLAINTIFFS MOTION
FOR LEAVE TO FILE BRIEF AND RESPONSE TO UNITED STATES' STATEMENT
OF PROPOSED UNDISPUTED MATERIAL FACTS IN SUPPORT OF ITS MOTION
FOR SUMMARY JUDGMENT WITH ORIGINAL COPY UNDER SEAL AND
<u>REDACTED COPY IN PUBLIC FILE</u>**

Plaintiffs' Motion for Leave to File Brief and Response to United States's Statement of Proposed Undisputed Material Facts in Support of Its Motion for Summary Judgment with Original Copy Under Seal and Redacted Copy in Public File is GRANTED. Pursuant to the Order entered by this Court on May 18, 2017 (ECF No. 345), Plaintiffs shall file their unredacted Brief, Response, and exhibits designated as confidential under seal using the CM/ECF system. Plaintiffs shall file a redacted copy of their Brief, Response, and their remaining exhibits in the public file.

IT IS SO ORDERED

/s/ Michael R. Barrett
_____
Judge Michael R. Barrett
United States District Court