**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION**

| | |
|---|---|
| NORCAL TEA PARTY PATRIOTS, et al., ) <br> ON BEHALF OF THEMSELVES, ) <br> THEIR MEMBERS, and THE CLASS ) <br> THEY REPRESENT, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE INTERNAL REVENUE SERVICE, et al., ) <br> ) <br> Defendants. ) <br> _____) | Case No. 1:13-cv-00341 <br><br> Judge Michael R. Barrett |

**AGREED ORDER UNSEALING CERTAIN DOCUMENTS**

The Plaintiffs, the Defendants Internal Revenue Service ("IRS"), and the United States of America, and the Individual Management Defendants, hereby stipulate that the following documents may be unsealed:

| Docket No. | Date | Filing |
|---|---|---|
| 198 | 8/31/15 | United States' Memorandum in Opposition to Plaintiffs' Motion for Class Certification and all attachments (198-1 and 198-2) |
| 199 | 9/14/15 | Plaintiffs' Reply in Support of Motion for Class Certification |
| 223 | 1/12/16 | Order Granting Motion for Class Certification |
| 233 | 2/19/16 | Plaintiffs' Memorandum in Opposition to the United States' Motion for Partial Summary Judgment and all attachments (233-1 to 233-3) |
| 244 | 3/15/16 | Reply in Support of United States' Motion for Partial Summary Judgment and all attachments  (244-1 to 244-8) |
| 263 | 4/1/16 | Plaintiff Texas Patriots Tea Party's Reply in Support of Motion for Preliminary Injunction and all attachments (263-1 to 263-2) |
| 297 | 11/4/16 | Opinion & Order re: Government's Motion for Partial Summary Judgment and Plaintiff Texas Patriots Tea Party's Motion for Preliminary Injunction |
| 308 | 12/1/16 | Exhibit A to Plaintiff Texas Patriots Tea Party's Memorandum in Support of Motion to Clarify Preliminary Injunction (TPTP Application File) |
| 354 | 7/21/17 | Exhibits 1-26 to United States' Statement of Proposed Undisputed Material Facts in Support if its Motion for Summary Judgment on Class Action Claim and all attachments (354-1 to 354-26) |

| | | |
|---|---|---|
| 355, **except 355-17 and 355-18 are to remain under seal** | 7/21/17 | Exhibits 27-42 and Exhibits 45-52 to United States' Statement of Proposed Undisputed Material Facts in Support if its Motion for Summary Judgment on Class Action Claim and attachments 1-16, 19-26 (355-1 to 355-16 and 355-19 to 355-26). **Attachments 355-17 and 355-18 (i.e., Exhibits 43-44) are to remain under seal.** |
| 356 | 7/21/17 | Exhibits 53-76 to United States' Statement of Proposed Undisputed Material Facts in Support if its Motion for Summary Judgment on Class Action Claim and all attachments. (356-1 to 356-24) |
| 357-1 to 357-3  **The Main Document (357) is to remain under seal.** | 7/21/17 | Attachments to United States' United States' Statement of Proposed Undisputed Material Facts in Support of its Motion for Summary Judgment on Class Action Claim (357-1 to 357-3). **The Main Document (357) is to remain under seal.** |

**IT IS SO ORDERED.**

Date: September 19, 2017                    s/Michael R. Barrett
                                            Hon. Michael R. Barrett
                                            United States District Judge

**WE SO MOVE:**

| | |
|---|---|
| */s/ Mark Hayden* | */s/ Brigida Benitez* |
| Mark Hayden (OH 0066162) | Brigida Benitez (*Pro Hac Vice*) |
| TAFT STETTINIUS & HOLLISTER LLP | STEPTOE & JOHNSON LLP |
| 425 Walnut Street, Suite 1800 | 1330 Connecticut Avenue, N.W. |
| Cincinnati, OH 45202 | Washington, D.C. 20036 |
| (513) 381-2838 | (202) 429-3000 |
| mhayden@taftlaw.com | bbenitez@steptoe.com |

*Counsel for Defendants Steven F. Bowling, Bonnie Esrig, Joseph Grant, Sarah Hall Ingram, Lois G. Lerner, Brenda Melahn, Steven T. Miller, Holly Paz, Douglas Shulman, Cindy Thomas, and William Wilkins in their individual capacities*

DAVID A. HUBBERT
Acting Assistant Attorney General
Tax Division

| | |
|---|---|
| *s/ Joseph A. Sergi* | Of Counsel: |
| JOSEPH A. SERGI (DC 480837) | |
| Senior Litigation Counsel | BENJAMIN C. GLASSMAN |
| U.S. Department of Justice, Tax Division | United States Attorney |
| 555 4th Street, N.W., JCB 7207 | MATTHEW J. HORWITZ (OH 0082381) |
| Washington, D.C. 20001 | Assistant United States Attorney |
| (202) 305-0868; (202) 307-2504 (FAX) | 221 East Fourth Street, Suite 400 |
| Joseph.A.Sergi@usdoj.gov | Cincinnati, Ohio 45202 |
| | (513) 684-3711 |
| | Matthew.Horwitz@usdoj.gov |

LAURA M. CONNER (VA 40388)
STEVEN M. DEAN (DC 1020497)
JOSEPH R. GANAHL (MD)
JEREMY N. HENDON (OR 982490)
Trial Attorneys
U.S. Department of Justice, Tax Division
555 4th Street, N.W.
Washington, D.C. 20001
(202) 514-2000

*Counsel for the Defendant United States of America*

3

*/s/ Edward D. Greim*
Edward D. Greim (*Pro Hac Vice*)
Todd P. Graves (*Pro Hac Vice*)
Dane C. Martin (*Pro Hac Vice*)
GRAVES GARRETT LLC
1100 Main Street, Suite 2700
Kansas City, MO 64105
(816) 256-3181
edgreim@gravesgarrett.com

Bill Randles (*Pro Hac Vice*)
Bev Randles (*Pro Hac Vice*)
BILL & BEV RANDLES LAW GROUP, LLP
5823 N. Cypress Avenue
Kansas City, MO 64119
(816) 820-1973
bill@billrandles.com

*Counsel for Plaintiffs*

David R. Langdon (OH 0067046)
Joshua B. Bolinger (OH 0079594)
LANGDON LAW LLC
8913 Cincinnati-Dayton Road
West Chester, OH 45069
(513) 577-7380
dlangdon@langdonlaw.com
Christopher R. Finney (OH 0038998)
THE FINNEY LAW FIRM
4270 Ivy Pointe Blvd.
Cincinnati, OH 45245
(513) 943-6655
chris@finneylawfirm.com