# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION

| | |
|---|---|
| NORCAL TEA PARTY PATRIOTS, et al., ON BEHALF OF THEMSELVES, THEIR MEMBERS, and THE CLASS THEY REPRESENT,<br><br>    Plaintiffs,<br><br>v.<br><br>THE INTERNAL REVENUE SERVICE, et al.,<br><br>    Defendants. | Case No. 1:13-cv-00341<br><br>Judge Michael R. Barrett |

## JOINT MOTION TO STAY ALL CASE DEADLINES
## PENDING APPROVAL OF PROPOSED SETTLEMENT

The parties hereby notify the Court that they have reached a settlement resolving all remaining claims, both individually and on behalf of all Rule 23 class members. A motion seeking approval of the settlement in accordance with Federal Rule of Civil Procedure 23(e) will be filed as soon as practicable.

Accordingly, the parties jointly request that this Court stay all current deadlines in this matter. This stay would allow the parties adequate time to brief the Court on the settlement. A proposed order is attached.

1

| | |
|---|---|
| Dated: October 25, 2017 | Respectfully submitted, |

**GRAVES GARRETT, LLC**

*/s/ Edward D. Greim*
Edward D. Greim (*pro hac vice*)
Todd P. Graves (*pro hac vice*)
Dane C. Martin (*pro hac vice*)
1100 Main Street, Suite 2700
Kansas City, MO 64105
Telephone: (816) 256-3181
Fax: (816) 256-5958
edgreim@gravesgarrett.com

tgraves@gravesgarrett.com
dmartin@gravesgarrett.com

Christopher P. Finney (OH Bar No. 0038998)
FINNEY LAW FIRM LLC
2623 Erie Avenue
Cincinnati, OH 45208
Telephone: (513) 533-2980
Fax: (513) 533-2990
Chris@finneylawfirm.com

David R. Langon (OH Bar No. 0067046)
 *Trial Attorney*
Joshua B. Bolinger (OH Bar No. 0079594)
LANGDON LAW, LLC
8913 Cincinnati-Dayton Road
West Chester, OH 45069
Telephone: (513) 577-7380
Fax: (513) 577-7383
dlangdon@langdonlaw.com
jbolinger@langdonlaw.com

Bill Randles (*pro hac vice*)
Bev Randles (*pro hac vice*)
BILL & BEV RANDLES LAW GROUP, LLP
N. Cypress Avenue
Kansas City, MO 64119
Telephone: (816) 820-1973
bill@billrandles.com
bev@billrandles.com

*Attorneys for Plaintiffs*

DAVID A. HUBBERT
Acting Assistant Attorney General
Tax Division

*s/ Joseph A. Sergi*
JOSEPH A. SERGI (DC 480837)
Senior Litigation Counsel
U.S. Department of Justice, Tax Division
555 4th Street, N.W., JCB 7207
Washington, D.C. 20001
(202) 305-0868; (202) 307-2504 (FAX)
Joseph.A.Sergi@usdoj.gov

LAURA M. CONNER (VA 40388)
STEVEN M. DEAN (DC 1020497)
JOSEPH R. GANAHL (MD)
JEREMY N. HENDON (OR 982490)
Trial Attorneys
U.S. Department of Justice, Tax Division
555 4th Street, N.W.
Washington, D.C. 20001
(202) 514-2000


Of Counsel:

BENJAMIN C. GLASSMAN
United States Attorney
MATTHEW J. HORWITZ (OH 0082381)
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513) 684-3711
Matthew.Horwitz@usdoj.gov

***Attorneys for the Defendant United States of America***

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2017, I caused the foregoing *JOINT MOTION TO STAY ALL CASE DEADLINES PENDING APPROVAL OF PROPOSED SETTLEMENT* in the above-captioned matter to be served by filing the same with the United States District Court for the Southern District of Ohio via the Court's CM/ECF system.

 s/ Joseph A. Sergi
JOSEPH A. SERGI