# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION

| | |
|---|---|
| NORCAL TEA PARTY PATRIOTS, et al., ON BEHALF OF THEMSELVES, THEIR MEMBERS, and THE CLASS THEY REPRESENT, <br><br> Plaintiffs, <br><br> v. <br><br> THE INTERNAL REVENUE SERVICE, et al., <br><br> Defendants. | Case No. 1:13-cv-00341 <br><br> Judge Michael R. Barrett |

## PROPOSED ORDER

Before the Court is the parties' *Joint Motion to Stay all Case Deadlines Pending Approval of Proposed Settlement* (Doc. ___). The motion requests that the current case deadlines be stayed pending review of the parties' proposed settlement.

For good cause shown, the Motion is **GRANTED**. All current deadlines in this matter are STAYED pending this Court's decision on the parties' proposed settlement.

**IT IS SO ORDERED**

_____
MICHAEL R. BARRETT
UNITED STATES DISTRICT JUDGE