**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION**

| | |
|---|---|
| NORCAL TEA PARTY PATRIOTS, et al., ) <br> ON BEHALF OF THEMSELVES, ) <br> THEIR MEMBERS, and THE CLASS ) <br> THEY REPRESENT, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE INTERNAL REVENUE SERVICE, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 1:13-cv-00341 <br><br> Judge Michael R. Barrett |

**PLAINTIFFS' MOTION FOR**
**PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs NorCal Tea Party Patriots, South Dakota Citizens for Liberty, Inc., Americans Against Oppressive Laws, Inc., Texas Patriots Tea Party, and San Angelo Tea Party (collectively, "Plaintiffs") hereby move the Court, pursuant to Federal Rule of Civil Procedure 23(e), for an Order:

1. Granting preliminary approval of the proposed Settlement as set forth in the Settlement Agreement;

2. Staying all proceedings in this Action except to the extent necessary to administer and evaluate the Settlement and to receive briefing and resolve the pending Motions to Seal by Former Individual Defendants Lois Lerner and Holly Paz;

3. Directing that notice be given to Class Members in the proposed forms and methods set forth in the Settlement Agreement;

4. Setting deadlines and procedures for filings, class notice to issue, and class members to exclude themselves, object, or comment on the proposed Settlement;

5. Appointing KCC, LLC, as the settlement administrator for purposes of disseminating the class notice, processing class member claims; processing requests for exclusion, comments, or objections; and issuing payments required by the Settlement; and

6. Setting a final approval hearing on or after ninety (90) days from the date of preliminary approval to determine whether the settlement should be granted final approval and whether to grant incentive awards and awards of attorneys' fees and expenses.

In support of their Motion, Plaintiffs incorporate by reference their Suggestions in Support of Motion for Preliminary Approval, filed contemporaneously with this Motion. Plaintiffs will also submit a proposed order for the Court's consideration.

WHEREFORE, Plaintiffs respectfully request that the Court grant their Motion for Preliminary Approval of Class Action Settlement, including all requested relief with respect to the proposed settlement of this class action, and also grant them any other such relief as the Court deems appropriate.

Dated: March 13, 2018 Respectfully submitted,

**GRAVES GARRETT, LLC**

*/s/ Edward D. Greim*
Edward D. Greim (*pro hac vice*)
Todd P. Graves (*pro hac vice*)
Dane C. Martin (*pro hac vice*)
J. Benton Hurst (*pro hac vice*)
1100 Main Street, Suite 2700
Kansas City, MO 64105
Telephone: (816) 256-3181
Fax: (816) 256-5958
edgreim@gravesgarrett.com
tgraves@gravesgarrett.com
dmartin@gravesgarrett.com
bhurst@gravesgarrett.com

Christopher P. Finney (OH Bar No. 0038998)
FINNEY LAW FIRM LLC
2623 Erie Avenue
Cincinnati, OH 45208
Telephone: (513) 533-2980
Fax: (513) 533-2990
Chris@finneylawfirm.com

David R. Langdon (OH Bar No. 0067046)
 *Trial Attorney*
LANGDON LAW, LLC
8913 Cincinnati-Dayton Road
West Chester, OH 45069
Telephone: (513) 577-7380
Fax: (513) 577-7383
dlangdon@langdonlaw.com

Bill Randles (*pro hac vice*)
RANDLES & SPLITTGERBER, LLP
N. Cypress Avenue
Kansas City, MO 64119
Telephone: (816) 820-1973
bill@billrandles.com

*Class Counsel*

**Certificate of Service**

The undersigned attorney hereby certifies that, on March 13, 2018, the foregoing document was served the Court's CM/ECF electronic notification system to all counsel of record.

*/s/ Edward D. Greim*
Attorney for Plaintiffs
