# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION

| | |
|---|---|
| NORCAL TEA PARTY PATRIOTS, et al., ) <br> ON BEHALF OF THEMSELVES, ) <br> THEIR MEMBERS, and THE CLASS ) <br> THEY REPRESENT, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE INTERNAL REVENUE SERVICE, et al., ) <br> ) <br> Defendants. ) <br> _____) | Case No. 1:13-cv-00341 <br><br> Judge Michael R. Barrett |

## PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, COSTS AND EXPENSES, AND INCENTIVE AWARDS TO CLASS REPRESENTATIVES

Plaintiffs NorCal Tea Party Patriots, South Dakota Citizens for Liberty, Inc., Americans Against Oppressive Laws, Inc., Texas Patriots Tea Party, and San Angelo Tea Party (collectively, "Plaintiffs") hereby move the Court for reimbursement of attorneys' fees and expenses to the Third Party Funder, as well as for incentive awards to the Class Representatives. In support of their Motion, Plaintiffs incorporate by reference their Memorandum in Support of Motion for Award of Attorneys' Fees, Costs and Expenses, and Incentive Awards to Class Representatives, filed contemporaneously with this Motion.

WHEREFORE, Plaintiffs respectfully request that the Court grant their Motion and any other relief as the Court deems appropriate.

| | |
|---|---|
| Dated: April 9, 2018 | Respectfully submitted, |

**GRAVES GARRETT, LLC**

*/s/ Edward D. Greim*
Edward D. Greim (*pro hac vice*)
Todd P. Graves (*pro hac vice*)
Dane C. Martin (*pro hac vice*)
J. Benton Hurst (*pro hac vice*)
1100 Main Street, Suite 2700
Kansas City, MO 64105
Telephone: (816) 256-3181
Fax: (816) 256-5958
edgreim@gravesgarrett.com
tgraves@gravesgarrett.com
dmartin@gravesgarrett.com
bhurst@gravesgarrett.com

Christopher P. Finney (OH Bar No. 0038998)
FINNEY LAW FIRM LLC
2623 Erie Avenue
Cincinnati, OH 45208
Telephone: (513) 533-2980
Fax: (513) 533-2990
Chris@finneylawfirm.com

David R. Langdon (OH Bar No. 0067046)
*Trial Attorney*
LANGDON LAW, LLC
8913 Cincinnati-Dayton Road
West Chester, OH 45069
Telephone: (513) 577-7380
Fax: (513) 577-7383
dlangdon@langdonlaw.com

Bill Randles (*pro hac vice*)
RANDLES & SPLITTGERBER, LLP
N. Cypress Avenue
Kansas City, MO 64119
Telephone: (816) 820-1973
bill@billrandles.com

*Class Counsel*

1

2

**Certificate of Service**

  The undersigned attorney hereby certifies that, on April 9, 2018, the foregoing document was served the Court's CM/ECF electronic notification system to all counsel of record.

*/s/ Edward D. Greim*
Attorney for Plaintiffs
