UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

NorCal Tea Party Patriots,

    Plaintiff,

        v.                     Case No. 1:13cv341

Internal Revenue Service, *et al.*,     Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court upon the Final Approval Hearing set for July 10, 2018 in Courtroom 109. (Doc. 416). Counsel for Plaintiffs and Defendant Internal Revenue Service are permitted to appear at the hearing by telephone.

**IT IS SO ORDERED.**

                              */s/ Michael R. Barrett*
                              Michael R. Barrett
                              United States District Judge