# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: May 10, 2022

Mr. Edward Dean Greim
Graves Garrett
1100 Main Street
Suite 2700
Kansas City, MO 64105

          Re:  Case No. 22-3357, *In re: NorCal Tea Party Patriots, et al*
               Originating Case No. : 1:13-cv-00341

Dear Sir or Madam,

   The Court issued the enclosed Order today in this case.

                           Sincerely yours,

                           s/C. Anthony Milton
                           Case Manager
                           Direct Dial No. 513-564-7026

cc:  Mr. Richard W. Nagel

Enclosure

No mandate to issue

Case No. 22-3357

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

In re: NORCAL TEA PARTY PATRIOTS; SOUTH DAKOTA CITIZENS FOR LIBERTY, INC.; AMERICANS AGAINST OPPRESSIVE LAWS, INC.; TEXAS PATRIOTS TEA PARTY; SAN ANGELO TEA PARTY

    Petitioners

Upon consideration of the petitioners' motion to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

**ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued:  May 10, 2022